AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schneider, William D. | US District Court, New Mexico | ~~06/14/2012~~ 07/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - fulltime  WDs<br>RETICED AS OF  04/15/2013 | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/201̶1̶ 2<br>to<br>~~12/31/2011~~ 04/15/2013 |

**7. Chambers or Office Address**

333 Lomas Blvd NW
Suite 720
Albuquerque, NM 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE
2013 JUL -9 A 9 33
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | NM Public Employees Retirement Association - Judicial |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, William D. | W/R 05/14/2012 07/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | ~~2011~~ 2012 | New Mexico Public Employees Retirement - Judicial | $68378 ~~$65,245.00~~ |
| 2. | ~~2011~~ 2012 | DOD Military Retirement | $55037 ~~$52,632.00~~ |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | NM Public Employees Retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, William D. | ~~05/14/2012~~ 07/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, William D. | ~~05/14/2012~~ 07/03/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pentagon Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. USAA | A | Interest | ~~J~~ K | T | | | | | |
| 4. USAA Brokerage Account | A | Interest | L | T | | | | | |
| 5. IShares Gold | A | Dividend | J | T | ~~Sold~~ (part) | 10/19/11 | ~~K~~ | ~~C~~ | |
| 6. | | | | | ~~Sold~~ (part) | 10/31/11 | ~~K~~ | ~~C~~ | |
| 7. | | | | | ~~Sold~~ (part) | 10/26/11 | ~~K~~ | D | |
| 8. | | | | | ~~Sold~~ (part) | 11/07/11 | ~~M~~ | ~~E~~ | |
| 9. Amarok Resources Inc | | None | J | T | ~~Buy~~ | 01/05/11 | ~~J~~ | | |
| 10. IShares Silver | | None | J | T | ~~Buy~~ | 01/06/11 | ~~J~~ | | |
| 11. | | | | | ~~Buy~~ (add'l) | 11/22/11 | ~~J~~ | | |
| 12. | | | | | ~~Buy~~ (add'l) | 12/28/11 | ~~J~~ | | |
| 13. Kinross Gold | A | Dividend | J | T | ~~Buy~~ | 03/17/11 | ~~J~~ | | |
| 14. Focus Gold Corp | | None | J | T | ~~Buy~~ | 06/24/11 | ~~J~~ | | |
| 15. Market Vectors ETF Gold | A | Dividend | J | T | Buy | 11/22/11 | ~~J~~ | | |
| 16. Pan American Silver Corp | A | Dividend | J | T | Buy | 12/06/11 | ~~J~~ | | |
| 17. First Majestic Silver Corp | | None | J | T | ~~Buy~~ | 12/09/11 | ~~J~~ | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, William D. | ~~05/14/2012~~ 07/03/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Silver Std Resources Inc | | None | J | T | ~~Buy~~ | ~~12/09/11~~ | ~~J~~ | | |
| 19. | | | J | T | ~~Buy~~ (add'l) | ~~12/13/11~~ | ~~J~~ | | |
| 20. Silver Wheaton Corp | | None | J | T | ~~Buy~~ | ~~12/09/11~~ | ~~J~~ | | |
| 21. | | | J | T | ~~Buy~~ (add'l) | ~~12/13/11~~ | ~~J~~ | | |
| 22. Tahoe Resources Inc | | None | J | T | ~~Buy~~ | ~~12/20/11~~ | ~~J~~ | | |
| 23. FREEPORT-MCMORAN COPPER + GOLD | | NONE | J | T | BUY | 1/13/12 | J | | |
| 24. FOCUS GOLD CORP. | | NONE | J | T | BUY ADD'L | 2/22/2012 | | | |
| 25. GOLD RESOURCES CRP. | A | DIV | J | T | BUY | 5/1/2012 | | | |
| 26. MARKET VECTORS ETF GOLD | A | DIV | J | T | BUY ADD'L | 11/2/12 | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, William D. | ~~06/14/2013~~ 07/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Schneider, William D. | ~~05/14/2012~~ 07/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William D. Schneider**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544